No. 80–1251. United States v. Vogel Fertilizer Co. Ct. Cl. Certiorari granted.

No. 79–1941. Diamond, Commissioner of Patents and Trademarks v. Sherwood. C. C. P. A. Certiorari denied.

No. 80–2049. Mann et al. v. United States. C. A. 5th Cir. Certiorari denied.

No. 80–6682. Martinez v. United States. C. A. 5th Cir. Certiorari denied.

No. 79–6731. Caldwell v. Carroll County Welfare Department. Ct. App. Ohio, Carroll County. Certiorari denied.

No. 79–6860. Guardiola v. United States. C. A. 5th Cir. Certiorari denied.

No. 80–13. Diamond, Commissioner of Patents and Trademarks v. Hirschfeld et al. C. A. D. C. Cir. Certiorari denied.

No. 80–816. Bourque v. Louisiana. Sup. Ct. La. Certiorari denied.

No. 80–875. Louisiana et al. v. Gary W. et al. C. A. 5th Cir. Certiorari denied.

No. 80–905. Gomez v. United States. C. A. 2d Cir. Certiorari denied.

No. 80–937. Bagley v. United States. C. A. 9th Cir. Certiorari denied.